JOSEPH BARTON, JR., AND OTHERS, APPELLANTS, v. THE CITY OF SYRACUSE, RESPONDENT.

Judgment and order affirmed.

Opinion by TALCOTT, P. J., HARDIN, J., not sitting.

ANSON LAMBERSON, APPELLANT, v. HARVEY M. BANKS, RESPONDENT.

Judgment affirmed, on the opinion of the referee.

AMY A. LAMBERSON, APPELLANT, v. HARVEY M. BANKS, RESPONDENT.

The like decision.

DANIEL W. BROWN, RESPONDENT, v. J. PAUL GRUPP AND PETER VIDVARD, APPELLANTS.

Judgment affirmed.

Opinion by TALCOTT, P. J.

ANSON M. BAKER, RESPONDENT, v. THE HOME LIFE INSURANCE COMPANY, APPELLANT.

Judgment and order affirmed.

Opinion by HARDIN, J.

LYMAN H. GRANGER, RESPONDENT, v. HENRY H. CRAIG AND OTHERS, APPELLANTS.

Judgment affirmed, with costs, on opinion of referee and mem. of TALCOTT, P. J.

ELIZA M. RIDER, RESPONDENT, v. FREDERICK B. MILLER, APPELLANT.

Judgment affirmed, with costs of the appeal.

Opinion by SMITH, J.; HARDIN, J., not sitting.

NATHAN JOHNSTON, RESPONDENT, v. ABRAM A. BARNES AND OTHERS, APPELLANTS.

Judgment reversed, and new trial ordered before another referee, costs to abide event.

Opinion by TALCOTT, P. J.